**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **GEORGE T. HOWELL, III,** )<br>)<br>)<br>**Petitioner,** )<br>)<br>vs. )<br>)<br>**SARAH REVELL,** )<br>)<br>**Respondent.** )<br>) | No.   04-593-CJP |

## JUDGMENT IN A CIVIL CASE

This action came before the court for decision of petitioner's application for writ of habeas corpus.  The court has rendered the following decision:

IT IS ORDERED AND ADJUDGED that the petition for writ of habeas corpus is dismissed pursuant to Memorandum and Order entered by U.S. Magistrate Judge Clifford J. Proud filed on October 19, 2005, and  judgment is entered in favor of respondent **SARAH REVELL** substituted for **DARLENE A. VELTRI**  and against petitioner **GEORGE T. HOWELL, III**.

Petitioner shall take nothing from this action.

**NORBERT G. JAWORSKI,**

October 20, 2005                                         By:     S/ Angie Vehlewald
Date                                                                               Deputy Clerk

Approved:    S/ Clifford J. Proud
                       Clifford J. Proud
                       U.S. Magistrate Judge